UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| SAMANTHA J. FOULKE, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | 1:11-cv-40-GZS |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) | |
| | ) | |
|    Defendant | | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 29, 2011, her Recommended Decision (Docket No. 15). Plaintiff filed her Objection to the Recommended Decision (Docket No. 16) on May 3, 2011. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 17) on May 5, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 9) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** for lack of subject matter jurisdiction.

/s/George Z. Singal
U.S. District Judge

Dated this 6th day of May, 2011